# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KEITH AVERY, | )<br>) |
| Petitioner, | )  3:06-cv-00168-LRH-RAM<br>) |
| vs. | )  **ORDER**<br>) |
| WARDEN PALMER, *et al.*, | )<br>) |
| Respondents. | )<br>/ |

Before the Court is respondents' Second Motion for Enlargement of Time to file an answer to the petition for writ of habeas corpus (docket #17). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including July 21, 2008, in which to file an answer to the amended petition for a writ of habeas corpus.

DATED this 12th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE