# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRIAN KEITH AVERY,

    Petitioner,

vs.

WARDEN PALMER, *et al.*,

    Respondents.

3:06-cv-00168-LRH-RAM

**ORDER**

    Before the Court is respondents' third motion for enlargement of time to file an answer to the petition for writ of habeas corpus (docket #19).  Good cause appearing,

    **IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**.  Respondents shall have up to and including August 18, 2008, in which to file an answer to the amended petition for a writ of habeas corpus.

    DATED this 23rd day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE