UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRIAN KEITH AVERY,

    Petitioner,

vs.

WARDEN PALMER, *et al.*,

    Respondents.

3:06-cv-00168-LRH-RAM

ORDER

    Before the Court is petitioner's motion for enlargement of time to file a reply to respondents' answer to the petition for writ of habeas corpus (docket #29). Good cause appearing,

    **IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including November 27, 2008, in which to file a reply to respondents' answer.

    DATED this 28th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE